STATTS, Appellant, v. GARRETT, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by John Statts against Thomas Garrett. Judgment for defendant on report of referee, and plaintiff appeals. Affirmed. Jacob H. Clute, for appellant. Marcus T. Hun, for respondent.

PER CURIAM. Without deciding the question of the admissibility of the testimony of the surveyors, which was stricken out by the referee, and assuming such testimony to be in the case, we are of opinion that the facts are not essentially different from what they were on

the former appeal (Staats v. Garrett, 23 N. Y. Wkly. Dig. 529), and that, within the doctrine there laid down, the judgment should be affirmed. Judgment unanimously affirmed, with costs.